# Court of Appeals, State of Michigan

## ORDER

People of MI v Michael A Palmer Jr

Docket No.    345456

LC No.        2018-265979-FH

Jonathan Tukel
Presiding Judge

Jane E. Markey

Brock A. Swartzle
Judges

The motion for partial reconsideration is GRANTED, and this Court's opinion issued April 2, 2020 is hereby VACATED.  A new opinion is attached to this order.

_Presiding Judge_

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

January 7, 2021
Date

Chief Clerk